**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Virginia Villanueva, | Case No. 09-CV-4416-SBA |
| Plaintiff, | |
| v. | **ORDER GRANTING THE JOINT MOTION TO CONTINUE THE DEADLINES FOR THE 26F CONFERENCE, ADR STIPULATIONS, AND CASE MANAGEMENT CONFERENCE** |
| Mann Bracken, LLP, | |
| Defendant. | |

For good cause shown, the Court hereby GRANTS the Joint Motion to Continue the Deadlines for the 26(f) Conference, ADR Stipulations, and Case Management Conference. It is hereby ORDERED, ADJUDGED, and DECREED that the deadlines set by this Court on September 23, 2009 are modified as follows:

1. Deadline for 26(f) Conference — **January 18, 2010**

2. Deadline to file the ADR Certification and Stipulation — **January 18, 2010**

3. Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report — **February 1, 2010**

4. Telephonic Case Management Conference — **February 11, 2010 at 3:15 p.m.***

\* The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

**IT IS SO ORDERED.**

Dated: 12/18/09

_____
**SAUNDRA BROWN ARMSTRONG**
**U.S. District Judge**