Christine Pham (227033)
Legal Helpers, P.C.
564 Market Street, Ste. 300
San Francisco, CA 94104
Tel: 1.866.339.1156
Fax: 1.312.822.1064
Email: cph@lega1helpers.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Virginia Villanueva,<br><br>    Plaintiff,<br><br>v.<br><br>Mann Bracken, LLP,<br><br>    Defendant. | Case No. 09-CV-4416-SBA<br><br>**PLAINTIFF'S UNOPPOSED<br>MOTION TO DISMISS<br>WITHOUT PREJUDICE** |

Now comes Plaintiff, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a), and respectfully moves the Court to dismiss the above-captioned matter without prejudice.

In support of this Motion, Plaintiff represents that, upon information and belief, Defendant is in the process of filing bankruptcy. Further, Plaintiff received notice from Attorney Birgit D. Stuart, counsel of record for Defendant, that Defendant terminated her representation and is unable to sign a Stipulation of Dismissal.

For the foregoing reasons, Plaintiff respectfully moves this Court to dismiss the above-captioned matter without prejudice.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Christine Pham*
Christine Pham (CA Bar No. 227033)
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Richard J. Meier*

PLAINTIFF'S UNOPPOSED
MOTION TO DISMISS
WITHOUT PREJUDICE

2